No. 52. PARKER ET AL. *v.* TAX COMMISSION OF OHIO;
and
No. 53. PARKER ET AL. *v.* TAX COMMISSION OF OHIO.
Argued
October 25, 1928. Decided November 19, 1928. *Per
Curiam:* The writs of error are dismissed for want of a
properly presented substantial federal question, on the
authority of (1) *St. Louis & San Francisco R. R. Co.* v.
*Shephard,* 240 U. S. 240; *Jett Bros. Distilling Co.* v. *City*

of Carrollton, 252 U. S. 1; (2) *Consolidated Turnpike Co.*
v. *Norfolk & Ocean View Ry.*, 228 U. S. 326; *Marvin* v.
*Trout*, 199 U. S. 212. *Mr. Horace Andrews*, with whom
*Messrs. Marion V. Semple* and *T. G. Thompson* were on
the brief, for plaintiffs in error. *Mr. Virgil H. Gibbs,*
with whom *Mr. Edward C. Turner* was on the brief, for
defendants in error.